IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EFRAIN REYNAGA, | |
| Plaintiff, | Civ. No. 6:11-cv-06282-MC |
| v. | |
| | ORDER |
| ROSEBURG FOREST PRODUCTS, et al., | |
| Defendants. | |

MCSHANE, Judge:

The Ninth Circuit entered judgment effective January 26, 2017 in favor of Plaintiff. ECF No. 59. Costs are generally allowed to the prevailing party. Fed. R. Civ. P. 54(d)(1). Plaintiff seeks recovery of $505.00 in costs for fees of the Clerk and docket fees under 28 U.S.C. 1923. Defendants did not file objections to any of the requested costs, and the time to file such objections has passed. All of the requested costs are recoverable by the prevailing party. *See* 28 U.S.C. § 1920. Plaintiff filed the affidavit required under 28 U.S.C. § 1924 verifying the bill of costs. *See* ECF No. 58.

1 –ORDER

Plaintiff's motion for costs, ECF No. 58, is GRANTED. Plaintiff awarded $505 in costs.

IT IS SO ORDERED.

DATED this 9th day of March 2017.

                                                               _____/s/Michael J. McShane_____
                                                                     Michael J. McShane
                                                               United States District Judge