# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

EFRAIN REYNAGA,

                Plaintiff,

    v.                                    Case No. 6:11-CV-06282-MC

ROSEBURG FOREST PRODUCTS,

                Defendants.

## ORDER TO RETAIN CUSTODY OF EXHIBITS

IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

Dated: June /2, 2018.

                                                    MICHAEL J. McSHANE
                                                    UNITED STATES DISTRICT JUDGE

**SO STIPULATED.**

Dated:

_____
Attorney for Plaintiff

_____
Attorney for Defendant