IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EFRAIN REYNAGA,

    Plaintiff,

v.

ROSEBURG FOREST PRODUCTS,

    Defendant.

Civ. No. 6:11-CV-06282-MC

JUDGMENT

MCSHANE, Judge:

    Based upon the Jury Verdict, judgment entered in favor of defendant.

IT IS SO ORDERED.

    DATED this 12th day of July, 2018.

                                                _____/s/ Michael J. McShane_____
                                                        Michael McShane
                                                   United States District Judge

1 –JUDGEMENT